UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN ROBERT BERGSTROM,<br><br>    Defendant. | Case No. 2:16-CR-00168-WFN<br><br>Order Granting United States' Motion to Quash Arrest Warrant |

Upon Motion by Plaintiff, United States of America, for an Order to Quash the Arrest Warrant in this case,

**IT IS ORDERED** that the Warrant for arrest be quashed.

DATED October 7, 2016.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

Order Granting United States' Motion to Quash Warrant - 1