FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 19 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-0168-WFN |
| Plaintiff, | |
| vs. | Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband |
| JOHN ROBERT BERGSTROM, | |
| Defendant. | |

Before the Court is the Stipulation re: Computer Forensic Review Procedures for Child Pornography Contraband signed by James A. Goeke, Assistant United States Attorney for the Eastern District of Washington, and stipulated to by the Defendant, JOHN ROBERT BERGSTROM's attorney, Richard Bechtolt.

The parties have stipulated to review procedures for child pornography contraband. The Court enters this Stipulation and further Orders:

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team agrees that it is forbidden from removing any contraband images from the government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates. Defense expert will be provided with a CD/DVD burner and disks to copy their report onto optical media.

DATED this 19th day of October 2016.

_____
Wm. Fremming Nielsen
United States District Court Judge

Protective Order re: Computer Forensic Review Procedures for Child Pornography Contraband