PROB 12C
(6/16)

Report Date: February 1, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 02, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Robert Bergstrom          Case Number: 0980 2:16CR00168-WFN-1

Address of Offender:                    Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 28, 2017

Original Offense:        Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:       Prison - 366 days              Type of Supervision: Supervised Release
                         TSR - 120 months

Asst. U.S. Attorney:     U.S. Attorney's Office         Date Supervision Commenced: June 6, 2018

Defense Attorney:        Federal Defender's Office      Date Supervision Expires: June 5, 2028

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #8**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**: On October 20, 2021, John Bergstrom allegedly violated special condition number 8 by accessing sexually explicit material.

On June 6, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bergstrom, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On October 26, 2021, this officer received the offender's weekly accountability report from Covenant Eyes. In that report, the undersigned officer reviewed a screenshot that depicted a male child laying on bedding without a shirt on, which was captured at approximately 6:37 p.m. on October 20, 2021. The undersigned subsequently contacted Mr. Bergstrom and

instructed him to report to the U.S. Probation Office on October 28, 2021, to discuss the accountability report and this officer's concerns related to that report.

On October 28, 2021, the offender reported to the U.S. Probation Office for his appointment as scheduled. When confronted about the screenshot, Mr. Bergstrom initially insisted he could not recall the movie he was watching when Covenant Eyes captured the noted screenshot. It was not until this officer began recalling the facts of the image (including the date and time it was captured, the application the offender was using to watch the video, as well as the name of the video) that the offender confirmed seeing the video; although he claimed he stopped the video as soon as he saw children.

This officer viewed the video in question, which is approximately 14 minutes long and narrated in a foreign language. The concerning image was captured by Covenant Eyes almost 8 minutes into the video after there were images of topless minor females, which contradicts the offender's claims.

2          **Standard Condition #4**: You must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**: On November 8, 2021, John Bergstrom allegedly violated standard condition number 4 by failing to be truthful when asked if there was any media involving children stored on his computer.

On June 6, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bergstrom, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On November 8, 2021, this officer conducted an unscheduled home visit at the offender's residence. Because a recent Covenant Eyes accountability report identified images involving children that were very concerning, the undersigned conducted a random inspection of Mr. Bergstrom's computer. Before commencing the inspection, the offender was asked if there was any content that was sexually explicit or involving children, and he adamantly denied there was.

During the search, the undersigned located two videos; both were entitled "my night routine." Each of the thumbnails was a photo of an adolescent girl and each video depicted a minor girl discussing their nightly routine. Although initially suggesting that he had no idea how those videos were downloaded to his computer, Mr. Bergstrom ultimately admitted he had downloaded the two videos to his computer approximately 1 month prior. The offender further stated he had planned to erase the videos after meeting with this officer on October 28, 2021, but had forgotten to do so.

When Mr. Bergstrom was asked what he had been searching for that led him to the videos in question, the offender advised that he searched for "young girl pokies."

As a result of the content that was discovered, the offender's computer was confiscated on that date so that it could be forensically searched.

3    **Special Condition #4**:  You must allow the probation officer, or designee, to conduct random inspections, including retrieval and copying of data from any computer, or any personal computing device that you possess or have access to, including any internal or external peripherals.  This may require temporary removal of the equipment for a more thorough inspection.  You must not possess or use any public or private data encryption technique or program.  You must purchase and use such hardware and software systems that monitor your computer usage, if directed by the supervising officer.

**Supporting Evidence**: On November 19, 2021, John Bergstrom allegedly violated special condition number 4 by having CC Clear, an anti-forensic computer program, downloaded to his computer despite not requesting or receiving authorization.

On June 6, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bergstrom, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On November 19, 2021, the undersigned officer spoke to a detective with Homeland Security Investigations (HSI), who was assisting in the forensic search of Mr. Bergstrom's computer.  According to the information received, during an initial scan of the offender's computer, it was discovered to have CC Clear installed.

CC Clear is an anti-forensic program which erases one's internet history, amongst other things, and according to the initial computer scan, law enforcement could see that the program was "used regularly."  According to the detective's experience, CC Clear is one of the better programs available that is regularly used by individuals who are accessing and/or possessing child pornography.

4    **Special Condition #2**: You must not possess or use any computer with access to any on-line computer service without the prior approval of the supervising officer.  This includes any internet service provider, bulletin board system, or any other public or private computer network.  You must not have access to a modem during your term of supervision without the prior approval of the supervising officer.

**Supporting Evidence**: On November 19, 2021, John Bergstrom allegedly violated special condition number 2 by having a Dropbox account despite not requesting or receiving authorization.

On June 6, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bergstrom, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On November 19, 2021, HSI informed this officer that the offender had a Dropbox account that was being accessed multiple times a day.  Given the frequency of his Dropbox access, both the detective and undersigned officer were concerned that Mr. Bergstrom may be storing contraband there.

When the offender was asked for the email address related to that Dropbox account so it too could be searched, Mr. Bergstrom insisted that he "forgot."  As such, the exact contents of his Dropbox remain unknown.

5    **Special Condition #8**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**: On November 23, 2021, John Bergstrom allegedly violated special condition number 8 by searching the Internet for known child pornography terminology on 246 different instances.

On June 6, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bergstrom, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On November 23, 2021, HSI informed the assigned officer that a secondary search of the offender's computer revealed 246 artifacts showing Mr. Bergstrom had used Chrome to search the Internet for known child pornography terminology, to include: "Lolita," "young teen pokies," and "young girl pokies." According to the detective, all 246 artifacts had been deleted from the computer.

6    **Special Condition #8**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**: On January 25, 2022, John Bergstrom allegedly violated special condition number 8 by admitting to searching the Internet for sexually explicit material involving children.

On June 6, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Bergstrom, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On January 25, 2022, this officer conducted an unscheduled home visit at the offender's residence. The undersigned again attempted to speak with the offender about the contents of his computer, all of which he has adamantly denied or conveniently forgotten thus far. After reiterating the importance of being honest with this officer, Mr. Bergstrom eventually admitted he had searched the Internet for images of children, although he would not say what exactly he was looking for on what platform.

When asked if any of the images he found depicted child pornography, the offender attempted to play semantics by questioning this officer's definition of child pornography.

Prob12C
Re: Bergstrom, John Robert
February 1, 2022
Page 5

       The undersigned then inquired if any of the images he viewed showed children without their shirts or bottoms, and Mr. Bergstrom confirmed he had, although he would not say exactly how many images he had viewed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/01/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/2/2022
Date